THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY A. BERGLUND AND KARI L. BERGLUND,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION,<br><br>Defendant. | No. 2:26-CV-00370-JNW<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES** |

The Court, having reviewed the Stipulated Motion to Extend the Current Discovery Deadlines made by the parties, HEREBY GRANTS that the current case schedule be extended by approximately 90 Days:

| Subject | Current Deadline | Proposed New Deadline |
|---|---|---|
| Expert Disclosure Report Deadline | October 5, 2026 | January 4, 2027 |
| Discovery Motion Deadline | November 4, 2026 | February 4, 2027 |
| Discovery Deadline | December 4, 2024 | March 4, 2027 |
| Dispositive/Daubert Motion Deadline | January 4, 2027 | April 5, 2027 |



FOREMAN STURM & THEDE, LLP
3519 NE 15th Avenue #489
Portland, Oregon 97212
Telephone: 503.206.5824

| | | |
|---|---|---|
| Trial Date | May 3, 2027 | August 2, 2027 |

DATED this 20th day of October 2026.

The Honorable Jamal N. Whitehead
United States District Judge



FOREMAN STURM & THEDE, LLP
3519 NE 15th Avenue #489
Portland, Oregon 97212
Telephone: 503.206.5824

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th Day of October 2026, I served the foregoing **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES** on the persons listed below via the method below:

Lloyd Bernstein
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
520 Pike St., Ste. 2350
Seattle, WA 98101
Telephone: (206) 709-5900
Fax: (206) 709-5901
Email: Lloyd.Bernstein@wilsonelser.com

*Attorneys for Defendant*

☒ by electronic means through the Court's ECF System on the date set forth above.

☐ by mailing a full, true, and correct copy thereof in a sealed, first-class postage-paid envelope, addressed to the attorneys as shown above, and deposited with the United States Postal Office at Portland, Oregon on the date set forth above.

☒ by emailing to each of the foregoing a copy thereof to the email address above.

FOREMAN STURM & THEDE, LLP

By: /s/ Nicholas A. Thede
Nicholas A. Thede, WSBA No. 43765

By: /s/ Scott A. MacLaren
Scott A. MacLaren, WSBA No. 53241
Foreman Sturm & Thede LLP
3519 NE 15th Avenue #489
Portland, Oregon 97212
Telephone: (503) 206.5824
Email: nick.thede@foremansturm.com
scott@foremansturm.com

*Attorneys for Plaintiffs*